Muriel B. Kaplan, Esq. (SBN: 124607)
Michele R. Stafford, Esq. (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone:    (415) 882-7900
Facsimile:    (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA GLAZIERS,
et al. PENSION PLAN, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., | Case No.: C 07-0802 JL |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** |
| v. | **Date: May 16, 2007**<br>**Time: 10:30 a.m.** |
| AUTO GLASS LIMITED, et al., | |
| Defendant. | (XXXXXXXX) ORDER |

Plaintiffs submit a Request for Continuance of the Case Management Conference currently scheduled for May 16, 2007 at 10:30 a.m., to allow the Plaintiff Trustees to consider the findings of the auditor.

1.    The complaint in this action was filed on February 7, 2007 to compel defendant to allow plaintiffs to audit its records in accordance with its collective bargaining agreement, and for payment of any amount found due upon audit.

2.    **The Defendants did not make an appearance in this action**, but agreed to an audit date.

3.    Plaintiffs' auditors attempted to review the records necessary to complete their

- 1 -
PLAINTIFFS' REQUEST FOR CONTINUANCE OF CMC
Case No.: C07-0802 JL
P:\Clients\GLACL\Auto Glass\Pleadings\Request for Continuance of CMC 050807doc

report, but certain documents were unavailable for their review. They will disclose their findings to the Plaintiff Trustees at their meeting currently set for June 27, 2007.

4. Plaintiffs therefore **request a continuance of the Case Management Conference for a period of approximately 90 days** to allow for the Trustees to review the audit findings at their meeting on June 27, 2007, and direct the auditor as to further pursuit of any alternative documents. If further pursuit is found to be necessary, the auditors will need time to complete it. If no further pursuit is necessary, this action will be dismissed.

Dated: May 8, 2007

Respectfully submitted,
SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

### ORDER

The Case Management Conference scheduled in this matter for May 16, 2007, at 10:30 a.m. is hereby continued to  August 15, 2007  at 10:30 a.m.

IT IS SO ORDERED.

Dated: May 9, 2007

IT IS SO ORDERED
Judge James Larson
UNITED STATES [MAGISTRATE JUDGE]

- 2 -
PLAINTIFFS' REQUEST FOR CONTINUANCE OF CMC
Case No.: C07-0802 JL
P:\Clients\GLACL\Auto Glass\Pleadings\Request for Continuance of CMC 050807doc