Muriel B. Kaplan, Esq. (SBN: 124607)
Michele R. Stafford, Esq. (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone:   (415) 882-7900
Facsimile:    (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA GLAZIERS,
et al. PENSION PLAN, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTO GLASS LIMITED, et al., <br><br> Defendant. | Case No.: C 07-0802 JL <br><br> **PLAINTIFFS' REQUEST FOR DISMISSAL OF CASE MANAGEMENT CONFERENCE;** <br><br> Date: August 15, 2007 <br> Time: 10:30 a.m. <br><br> ~~(PROPOSED)~~ ORDER |

Plaintiffs submit a Request for Continuance of the Case Management Conference currently scheduled for August 15, 2007 at 10:30 a.m., to allow the parties to finalize resolution of this matter.

1. The complaint in this action was filed on February 7, 2007 to compel defendant to allow plaintiffs to audit its records in accordance with its collective bargaining agreement, and for payment of any amount found due upon audit.

2. **The Defendants did not make an appearance in this action**, but agreed to an audit, which was performed to the extent documents were available.

3. Plaintiffs have requested further documentation and payment of amounts due as a

result of the audit. In the alternative, Plaintiffs will file a Motion for Default Judgment.

4.     Plaintiffs therefore **request that the Case Management Conference be dismissed** to allow the Defendant to resolve this matter, or for Plaintiffs to prepare and file their Motion for Default Judgment.

Dated: August 8, 2007

Respectfully submitted,
SALTZMAN & JOHNSON LAW CORPORATION

By:  _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

### ORDER

The Case Management Conference scheduled in this matter for August 15, 2007, at 10:30 a.m. is hereby dismissed, pending dismissal of this action or Plaintiffs' filing of a Motion for Default Judgment.

IT IS SO ORDERED.

Dated: __August 9, 2007__          _____
                                    UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On August 8, 2007, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

☑ **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

☐ **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

☐ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

☐ **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

☐ **ELECTRONICALLY** be causing said document(s) to be transmitted by Email to the address(es) set forth below.

*Addressed to:*  **Richard Dominguez**
**Auto Glass Limited**
**439 Lambert Avenue**
**Palo Alto, CA 94306**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of August, 2007, at San Francisco, California.

/s/
Andrea Gonzalez